IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JOHNNY GREEN, RAYMOND FOSTER, RONNIE JACKSON, MICHAEL MEMINGER and LISA PENNAMON,** Individually, and on behalf of all others similarly situated, | : : : : : : | CASE NO. 5:11-CV-291 (CAR) |
| Plaintiffs, | : : | |
| v. | : : | |
| **BUTLER VOLKSWAGEN, INC. and GM BUTLER, INC.,** | : : : | |
| Defendants. | : | |

**ORDER ON JOINT MOTION TO FOR CONDITIONAL CERTIFICATION
FOR SETTLEMENT PURPOSES AND ISSUANCE OF NOTICE**

Currently before the Court is the parties' Joint Motion for Conditional Certification for Settlement Purposes and Issuance of Notice. [Doc. 20]. Having considered the Motion and the details of the proposed settlement, and in accordance with this Court's decision to adopt a modified two-tiered approach as set forth in its prior Order [Doc. 19], the parties' Joint Motion is hereby **GRANTED.**

Accordingly, it is hereby **ORDERED:**

1. This lawsuit is conditionally certified, for purposes of settlement, as a collective action under 29 U.S.C. § 216(b) with the class definition being as follows: Persons who were employed as automobile salespersons at Butler Toyota, Butler Auto Direct, Butler

Volkswagen, and/or Butler Max of Macon at any time between April 25, 2009 and October 28, 2011, and who have unpaid minimum wages.

2. Within 3 business days of this Order, Defendants' counsel will provide Plaintiffs' counsel with a list of names, most recent known addresses, dates and dealership of employment for all persons who were employed as automobile salespersons at Butler Toyota, Butler Auto Direct, Butler Volkswagen and/or Butler Max of Macon at any time between April 25, 2009 and October 28, 2011.

3. Plaintiffs' counsel must, within 3 business days of receipt of this list, mail via first-class U.S. mail the Notice of Proposed Settlement of Lawsuit attached to the parties' Joint Motion as Exhibit A, including the Consent to Join Form, to all persons who were employed as automobile salespersons at Butler Toyota, Butler Auto Direct, Butler Volkswagen and/or Butler Max of Macon at any time between April 25, 2009 and October 28, 2011, to inform them of the action and to give them an opportunity to join this case as an opt-in plaintiff.

4. There shall be a 45-day notice period for opting into this lawsuit, which will commence on the date the Notices of Proposed Settlement of Lawsuit are postmarked. All Consent to Join Forms sent to Plaintiffs' counsel for filing with the Court must either be received by Plaintiffs' counsel or postmarked within the 45-day notice period.

5. If any notices are returned to Plaintiffs' counsel as undeliverable because of an incorrect or outdated mailing address, Plaintiffs' counsel must promptly notify

Defendants' counsel. Within 3 business days of such notice, to the extent such information is available to Defendants, Defendants' counsel must provide to Plaintiffs' counsel such person's social security number so that Plaintiff's counsel may attempt to obtain an additional mailing address and re-mail the Notice of Proposed Settlement of Lawsuit to that potential plaintiff.

6. After the "opt in" period has run, the parties will file a motion for final certification of the class and approval of the settlement.

SO ORDERED, this 15th day of March, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES