# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| JOHNNY GREEN, RAYMOND FOSTER, RONNIE JACKSON, MICHAEL MEMINGER and LISA PENNAMON, Individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> vs. <br><br> BUTLER VOLKSWAGEN, INC. and GM BUTLER, INC., <br><br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No.: 5:11-cv-291 ) ) ) ) ) ) ) ) ) |

## JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT

COME NOW Plaintiffs Johnny Green, Raymond Foster, Ronnie Jackson, Michael Meminger and Lisa Pennamon, individually and on behalf of the opt-in collective class members (collectively "Plaintiffs), and Defendants Butler Volkswagen, Inc. and GM Butler, Inc., by and through their undersigned counsel, and hereby jointly move for final approval of settlement in this Fair Labor Standards Act collective action.

**[signatures on following page]**

- 1 -

Respectfully submitted this 10th day of May, 2012, by:

| | |
|---|---|
| s/ Joshua A. Millican | s/ John T. McGoldrick, Jr. |
| Joshua A. Millican, Esq. | John T. McGoldrick, Jr. |
| Georgia Bar No. 508998 | Georgia Bar No. 492650 |
| LAW OFFICE OF JOSHUA A. MILLICAN, P.C. | Stuart E. Walker |
| | Georgia Bar No. 141620 |
| The Grant Building, Suite 607 | MARTIN SNOW, LLP |
| 44 Broad Street, N.W. | 240 Third Street |
| Atlanta, Georgia 30303 | PO Box 1606 |
| Telephone: (404) 522-1152 | Macon, GA 31202-1606 |
| Facsimile: (404) 522-1133 | (478) 749-1700 (phone) |
| joshua.millican@lawofficepc.com | (478) 743-4204 |
| | jtmcgoldrick@martinsnow.com |
| Lisa T. Millican | sewalker@martinsnow.com |
| Georgia Bar No. 309046 | |
| GREENFIELD MILLICAN P.C. | **Counsel for Defendants** |
| 607 The Grant Building | |
| 44 Broad Street, N.W. | |
| Atlanta, Georgia 30303 | |
| (404) 522-1122 (telephone) | |
| (404) 522-1133 (facsimile) | |
| lisa.millican@lawofficepc.com | |

**Counsel for Plaintiffs**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that this day, I electronically filed the JOINT MOTION FOR FINAL APPROVAL OF SETTLEMENT with the Clerk of Court in the United States District Court, for the Middle District of Georgia, Macon Division, using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

> MARTIN SNOW, LLP
> John T. McGoldrick, Jr., Esq.
> Stuart E. Walker, Esq.

Dated: May ____, 2012.

> s/ Joshua A. Millican
> Joshua A. Millican
> Georgia Bar No. 508998
> LAW OFFICE OF JOSHUA A. MILLICAN, P.C.
> The Grant Building, Suite 607
> 44 Broad Street, N.W.
> Atlanta, Georgia 30303
> Telephone: (404) 522-1152
> Facsimile: (404) 522-1133
> joshua.millican@lawofficepc.com
>
> **Counsel for Plaintiffs**