IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY GREEN, et al., | * |
| Plaintiffs, | * |
| v. | Case No. 5:11-CV-291-CAR |
| | * |
| BUTLER VOLKSWAGEN, INC., et al., | |
| | * |
| Defendants. | |
| _____ | * |

## J U D G M E N T

Pursuant to this Court's Order dated May 18, 2012, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 21st day of May, 2012.

Gregory J. Leonard, Clerk

s/ Amy N. Stapleton, Deputy Clerk